# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-22-00577-CV

---

### In re Paul Young

---

### ORIGINAL PROCEEDING FROM COMAL COUNTY

---

### M E M O R A N D U M   O P I N I O N

Paul Young has filed a pro se "petition for writ of habeas corpus," challenging the propriety of his pretrial detention and the amount of his bond and asserting that the trial court has not ruled on his motions relating to his detention and bond. To the extent that Young is seeking habeas relief, this Court does not have jurisdiction over Young's request. This Court's original jurisdiction to issue a writ of habeas corpus is limited to those cases in which a person's liberty is restrained because the person has violated an order, judgment, or decree entered in a civil case. *See* Tex. Gov't Code § 22.221(d). For criminal matters, this Court's habeas jurisdiction is appellate only. *See Dodson v. State*, 988 S.W.2d 833, 835 (Tex. App.—San Antonio 1999, no pet.). To the extent that Young is seeking mandamus relief, we are also unable to grant his request because he has not provided a record showing that he is entitled to the relief sought. *See* Tex. R. App. P. 52.7(a) (requiring relator to file recording containing certified or sworn copy of every document material to his claim).

For these reasons, we deny Young's petition. *See* Tex. R. App. P. 52.8(a).

_____

Thomas J. Baker, Justice

Before Justices Goodwin, Baker, and Kelly

Filed:   September 23, 2022